IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KENNARD EUGENE HALL,**

    Plaintiff,

v.                                                                                            Civil Action No. **3:22CV466**

**UNKNOWN,**

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter asking for unidentified relief. Plaintiff apparently believes he was unlawfully arrested. (ECF No. 1, at 2.) The Court may not provide advice to litigants and this Court cannot order his release from detention. However, on July 15, 2022, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 2.) The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. (ECF No. 2.) The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. (ECF No. 2) *see* Fed. R. Civ. P. 41(b).[1]

---

[1] This Rule allows for dismissal "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order." Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this action will be DISMISSED WITHOUT PREJUDICE.

/s/
M. Hannah Lauck
United States District Judge

Date: 8-16-2022
Richmond, Virginia